IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 31 PM 3: 14

ROBERT R. DiTrolio
CLERK, U.S. DIST. CT.
W D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|  Plaintiff, ) | |
| VS. ) | CR. NO. 04-20419-D |
| MILTON COLLINS ) | |
|  Defendant. ) | |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

This cause was set for a Suppression Hearing and Report Date on May 24, 2005 at 3:00 p.m.

The Court hereby resets the trial date to July 5, 2005 with a **<u>Suppression Hearing and Report Date on Thursday, June 30, 2005 at 2:00 P.M.</u>**, in <u>Courtroom 3, 9th Floor of the Federal Building</u>, Memphis, TN.

The period from June 17, 2005 through July 15, 2005 is excludable under 18 U.S.C. § 3161(h)(1)(F) because the ends of justice served in allowing for disposition of the pending motion outweigh the need for a speedy trial.

IT IS SO ORDERED this 31 day of May, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Document entered on the docket sheet in compliance
ule 55 and/or 32(b) FRCrP on 6-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CR-20419 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT