FILED BY____ _Cas___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 AUG -1  AM 11: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                        Cr. No. 04-20419-D

MILTON COLLINS,

        Defendant.

---

ORDER GRANTING APPLICATION FOR WRIT
OF HABEAS CORPUS AD TESTIFICANDUM

---

THIS CAUSE having come before this Court upon the petition of

the defendant for an order directing a Writ of Habeas Corpus Ad

Testificandum, and for good cause shown, the court hereby GRANTS

the motion.

David G. Jolley, United States Marshal for the Western

District of Tennessee, is hereby commanded to have Ervin Moore, No.

05113071, date of birth January 14, 1967, who is confined at the

Shelby County Jail at 201 Poplar, Memphis, Tennessee in the custody

of Sheriff Mark Luttrell, brought before United States District

Court Bernice Donald in Court on Wednesday, May 4, 2005, at 2:30 $^{BPM}$

p.m.

IT IS SO ORDERED.

May 3, 2005
DATE

_____
UNITED STATES DISTRICT COURT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20419 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT