FILED BY _____ D.C.

05 AUG 30 PM 4: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MILTON COLLINS,**

    Defendant.

Case No.: 04-20419 D

---

## ORDER WITHDRAWING MOTION TO WAIVE
## PERSONAL APPEARANCE AT REPORT DATE

---

Defendant filed a motion to waive personal appearance at the August 25, 2005 report date. Subsequently, Defendant appeared at the report date and requested to have the instant motion withdrawn.

Accordingly, the motion to waive personal appearance at the report date is withdrawn.

**IT IS SO ORDERED** this 30th day of August, 2005.

                BERNICE BOUIE DONALD
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20419 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT