IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 04-20419-D |
| MILTON COLLINS, | ) |
| Defendant. | ) |

## ORDER DENYING MOTION TO SUPPRESS

Before the Court is the Defendant's Motion to Suppress. The Court heard proof in this matter on June 30, 2005. Having heard the proof and the arguments of the parties and reviewed the applicable case law, the Court finds that the Motion is not well taken. For good cause shown, the Defendant's Motion to Suppress is denied.

It is so ORDERED this 2nd day of November, 2005.

Bernice B. Donald
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/4/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:04-CR-20419 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT