# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 04-20419-D |
| ) | |
| MILTON COLLINS, ) | |
| Defendant. ) | |

## MOTION FOR HEARING ON DEFENDANT'S WAIVER OF HIS SIXTH AMENDMENT RIGHT TO COUNSEL

Comes now the United States of America, by and through the Acting United States Attorney for the Western District of Tennessee and his duly authorized Assistant, Stephen Jones, and respectfully moves this Honorable Court for a hearing on the Defendant's right to counsel under the Sixth Amendment to the United States Constitution.

Defendant indicated to this honorable Court that he wanted to proceed at trial in February pro se. The United States respectfully requests a hearing to determine whether the Defendant can effectively waive his right to counsel pursuant to United States v. Cromer, 389 F.3d 662, 679-83 (6th Cir. 2005) and United States v. McDowell, 814 F.2d 245 (6th Cir. 1987) (appendix citing suggested inquiry).

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

**MOTION GRANTED**
DATE: 12-21-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE



Respectfully submitted,

LAWRENCE LAURENZI
Acting United States Attorney

By: _____
Stephen Jones, BPR# 016764
Assistant United States Attorney
167 No. Main, Suite 800
Memphis, TN 38103

## CERTIFICATE OF SERVICE

I, STEPHEN JONES, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing MOTION has been forwarded to DEFENDANT Milton Collins.

This __20__ day of December, 2005.

_____
Stephen Jones
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:04-CR-20419 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Milton Collins
3726 Richbrook Rd
Bartlett, TN 38135

Honorable Bernice Donald
US DISTRICT COURT